**No. 47858.**—Protests 580305–G, etc., of Bingham & Co., Inc., et al. (New York).

Opinion by Tilson, J.  In accordance with stipulation of counsel that certain of the hats in question, valued at less than $3 per dozen, are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47859.**—Protests 686023–G, etc., of Philip Lien et al. (New York).

Opinion by Tilson, J.  In accordance with stipulation of counsel that certain of the hats in question, valued at less than $3 per dozen, are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47860.**—Protests 836392–G, etc., of International Harvest Hat Co. et al. (St. Louis).

Opinion by Tilson, J.  It was stipulated that the hats in question consist of chip hats, the same in all material respects as those involved in Abstract 41666. In accordance therewith the claim at 12½ percent under paragraph 1504 (b) (5) and the said T. D. 48075 was sustained.

**No. 47861.**—Protests 940911–G, etc., of Kreusser & Schaad (New York)..

Opinion by Tilson, J.  In accordance with stipulation of counsel and on the authority of Abstract 47291 the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 47862.**—Protest 91324–K of Alfred Kohlberg, Inc. (New York).

Opinion by Tilson, J.  Counsel for the respective parties agreed that certain items consist of finished wearing apparel, embroidered, composed in chief value of silk, similar in all material respects to that involved in Abstract 47354.  The claim at 75 percent under paragraph 1529 (a) was therefore sustained.

Before the Third Division, December 31, 1942

**No. 47863.**—Protest 91984–K of F. Frisch, Inc. (New York).

Opinion by Ekwall, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.